STATE of Louisiana

v.

David LEGER

In re: David Leger, Defendant;

NO. 2016-KK-1565

Supreme Court of Louisiana.

August 15, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. N, No. 03-11-0844; to the Court of Appeal, First Circuit, No. 2016 KW 0628;

Denied.

STATE EX REL. Ernest LARSEN

v.

STATE of Louisiana

NO. 2016-KH-1577

Supreme Court of Louisiana.

August 25, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. J, No. 251-812

The application is transferred to the district court with instructions to the district judge to act on relator's motion to amend and/or modify sentence for immediate eligibility for probation, or to suspend the remainder of his sentence, pursuant to La.C.Cr.P.Art. 882, 881-882 with a memo in support he submitted via certified mail on or about July 15, 2014 and on a consolidate motions and reconsider memorandum for probation or the next responsive verdict, under LSA-C.Cr.P. Articles 882, 872, 814, and order setting date for contradictory hearing he submitted via certified mail on or about October 21, 2015. The district court is ordered to provide this Court with a copy of its judgment. A copy of the application is attached.

STATE of Louisiana

v.

Michael D. HARRIS

NO. 2016-KK-1558

Supreme Court of Louisiana.

August 26, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Caddo, 1st Judicial District Court Div. 3, No. 309,129; to the Court of Appeal, Second Circuit, No. 51,-047-KW;

Not considered; Untimely filed. See La. S.Ct. Rule X, § 5(d).